NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC. (NOW KNOWN AS MSD CONSUMER CARE, INC.),**
*Appellant,*

v.

**WESTERN HOLDINGS, LLC,**
*Appellee.*

---

2011-1519
(Opposition No. 91187375)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

Schering-Plough Healthcare Products, Inc. (Schering) moves without opposition for leave to include portions of the parties' trial briefs in the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 0 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Jonathan Hudis, Esq.
David R. Parkinson, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 0 7 2011**

**JAN HORBALY**
**CLERK**